# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CASE NO. 5:09-CV-00216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>OXFORD HOUSE, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | **ORDER** |
| v. | ) <br> ) | |
| TOWN OF GARNER, NORTH CAROLINA,<br>and the TOWN OF GARNER BOARD OF<br>ADJUSTMENT, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

This case is before the Court on the parties' joint motion to stay all proceedings in this case for a period of 90 days, which the parties need to effectuate the provisions of a tentative settlement. This Court finds that there is good cause for the motion and hereby Orders as follows:

(1)     All proceedings in this case are stayed for a period of 90 days following the date of this Order; and

(2)     The parties shall notify the Court of the status of effectuating the provisions of their tentative settlement no later than December 30, 2010.

This the 6ᵗʰ day of October, 2010.

Louise W. Flanagan
Chief United States District Court Judge